**Order entered August 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00644-CV

## IN THE MATTER OF T.M., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-17-00477-X**

## ORDER

The motion of T.M.'s appointed counsel to withdraw from further representation in this appeal is **DENIED**.

/s/    DAVID L. BRIDGES
        JUSTICE